**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANNY FABRICANT, | No. 17-16275 |
| Petitioner-Appellant, | D.C. No. 4:17-cv-00074-JGZ |
| v. | |
| J. T. SHARTLE, Warden, | MEMORANDUM[*] |
| Respondent-Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted December 18, 2017[**]

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Federal prisoner Danny Fabricant appeals pro se from the district court's

judgment dismissing his 28 U.S.C. § 2241 habeas petition. We have jurisdiction

under 28 U.S.C. § 1291. We review de novo the dismissal of a section 2241

petition, *see Alaimalo v. United States*, 645 F.3d 1042, 1047 (9th Cir. 2011), and

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

we affirm.

In his section 2241 habeas petition, Fabricant challenged the constitutionality of Ninth Circuit General Order 6.11, which permits a motions panel to reject on behalf of the court a motion for en banc reconsideration of an unpublished order. This claim is not cognizable under section 2241 because it does not concern "the manner, location, or conditions of [his] sentence's execution." *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000). The district court therefore properly dismissed Fabricant's section 2241 petition.

**AFFIRMED.**